## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID YANT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **1:12-cv-00871** |
| | ) | |
| **v.** | ) | |
| | ) | **Magistrate Judge Denlow** |
| **CHARLES G. MCCARTHY, JR. d/b/a** | ) | |
| **LAW OFFICES OF CHARLES G.** | ) | |
| **MCCARTHY, JR. & ASSOCIATES** | ) | |
| **and d/b/a LAW OFFICES OF** | ) | |
| **CHARLES G. MCCARTHY, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective

attorneys, state as follows:

1.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

hereby stipulate and agree that the above-captioned action shall be dismissed without

prejudice and without costs to either party.

**Date:**  August 24, 2012

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **David Yant, Jr** | **Charles G. McCarthy d/b/a Law Offices of Charles G. McCarthy, Jr. & Associates and d/b/a Law Offices Of Charles G. McCarthy, Jr.** |

| | |
|---|---|
| /s David M. Marco | /s with consent Charles G. McCarthy, Jr. |
| SMITHMARCO, P.C. | Charles G McCarthy, Jr |
| 205 N. Michigan Ave., Suite 2940 | 800 Enterprise Drive, #204 |
| Chicago, Illinois 60601 | Oak Brook IL 60523 |
| **Telephone:**  (312) 546-6539 | **Telephone:**  (630) 571-4126 |
| **Facsimile:**  (888) 418-1277 | **Facsimile:**  (630) 571-3367 |
| **E-mail:**  dmarco@smithmarco.com | **E-mail:**  charlie@mccarthy.net |