IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID YANT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00871 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| CHARLES G. MCCARTHY, JR. d/b/a | ) | |
| LAW OFFICES OF CHARLES G. | ) | |
| MCCARTHY, JR. & ASSOCIATES | ) | |
| and d/b/a LAW OFFICES OF | ) | |
| CHARLES G. MCCARTHY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action shall be dismissed without prejudice and without costs to either party.

**Date:** August 24, 2012

| | |
|---|---|
| **For Plaintiff,** <br> **David Yant, Jr** | **For Defendant,** <br> **Charles G. McCarthy d/b/a Law Offices of Charles G. McCarthy, Jr. & Associates and d/b/a Law Offices Of Charles G. McCarthy, Jr.** |
| /s David M. Marco | /s with consent Charles G. McCarthy, Jr. |
| SMITHMARCO, P.C. | Charles G McCarthy, Jr |
| 205 N. Michigan Ave., Suite 2940 | 800 Enterprise Drive, #204 |
| Chicago, Illinois 60601 | Oak Brook IL 60523 |
| **Telephone:** (312) 546-6539 | **Telephone:** (630) 571-4126 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (630) 571-3367 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** charlie@mccarthy.net |